UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**POLINA MILMAN**, *an individual*,

    Plaintiff,

v.

Case No.: 2:20-cv-12154
Hon. Stephan Murphy

**FIEGER & FIEGER, P.C., D/B/A FIEGER FIEGER, KENNEY & HARRINGTON, P.C.,** *a Michigan corporation*; *and*, **GEOFFREY FIEGER**, *an individual, sued in his individual and official capacity,*

    Defendants.

| **DEBORAH GORDON LAW** | **FIEGER & FIEGER, P.C.** |
|---|---|
| Deborah L. Gordon (P27058) | Geoffrey N. Fieger (P30441) |
| Elizabeth Marzotto Taylor (P82061) | Attorney for Defendants' |
| Sarah Gordon Thomas (P83935) | 19390 West Ten Mile Road. |
| Attorneys for Plaintiff | Southfield, MI 48075 |
| 33 Bloomfield Hills Parkway, Suite 220 | (248) 355-5555 |
| Bloomfield Hills, Michigan 48304 | g.fieger@fiegerlaw.com |
| (248) 258-2500 | |
| dgordon@deborahgordonlaw.com | |
| emarzottotaylor@deborahgordonlaw.com | |
| sthomas@deborahgordonlaw.com | |

## **APPEARANCE OF GEOFFREY N. FIEGER**

PLEASE ENTER the Appearance of Geoffrey N. Fieger of Fieger & Fieger, P.C., on behalf of Defendants' FIEGER & FIEGER, P.C., D/B/A FIEGER,

FIEGER, KENNEY & HARRINGTON, P.C., and GEOFFREY N. FIEGER in the above entitled matter.

Respectfully Submitted,

Dated: October 28, 2020

*/s/: Geoffrey N. Fieger*
**FIEGER & FIEGER, P.C.**
Geoffrey N. Fieger (P30441)
Attorney for Defendant
19390 West Ten Mile Road.
Southfield, MI 48075
(248) 355-5555
g.fieger@fiegerlaw.com

**Certificate of Service**
I hereby certify that on October 28, 2020, I electronically filed the foregoing paper with the clerk of the Court using the ECF System which will send notification of such filing to all participating attorneys.
/s/: Samantha M. Teal
**Legal Assistant to Geoffrey N. Fieger**