UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POLINA MILMAN,

        Plaintiff,

v.

FIEGER & FIEGER, P.C., and
GEOFFREY FIEGER,

        Defendants.
_____/

Case No. 2:20-cv-12154

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER EXTENDING
TIME FOR DEFENDANTS' RESPONSE
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Based on the agreement and stipulation of the parties, as reflected by the signatures of their counsel below, Defendants have accepted service of process of the First Amended Complaint, ECF No. 14, as of October 28, 2020. The time period for Defendants to respond to Plaintiff's First Amended Complaint is extended to November 19, 2020.

**IT IS SO ORDERED.**

                                              s/ Stephen J. Murphy, III
                                              STEPHEN J. MURPHY, III
                                              United States District Judge

Dated: October 29, 2020

IT IS SO STIPULATED:

/s/: Deborah L. Gordon *w/permission*  
**DEBORAH GORDON LAW**  
Deborah L. Gordon (P27058)  
Elizabeth Marzotto Taylor (P82061)  
Sarah Gordon Thomas (P83935)  
Attorneys for Plaintiff

/s/: Geoffrey N. Fieger  
**FIEGER & FIEGER, P.C.**  
Geoffrey N. Fieger (P30441)  
Attorney for Defendants

2