# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**POLINA MILMAN**, *an individual,*

    Plaintiff,

v.

**FIEGER & FIEGER, P.C., D/B/A FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.**, *a Michigan corporation*; *and*, **GEOFFREY FIEGER**, *an individual, sued in his individual and official capacity,*

    Defendants.

Case No. 20-cv-12154
Hon. Stephen J. Murphy III

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Attorney Haba K. Yono, of the law firm of Morgan & Morgan, P.A., hereby files this Notice of Withdrawal as counsel for defendants in the above-captioned matter.

Respectfully submitted this 28th day of May, 2021,

    By: /s/ *Haba K. Yono*
    Haba K. Yono (P81114)
    MORGAN & MORGAN, P.A.
    2000 Town Center, Suite 1900
    Southfield, MI 48075
    (313) 251-1399
    MHanna@forthepeople.com

    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

Undersigned Counsel certifies that on May 28, 2021, the foregoing document was filed using the CM/ECF system, which will send notice of same to all counsel of record.

 /s/ *Haba K. Yono*
Haba K. Yono (P81114)
Attorney for Plaintiff
