UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POLINA MILMAN,

                Plaintiff,

v.

FIEGER & FIEGER, P.C. and
GEOFFREY FIEGER,

                Defendants.
_____/

Case No. 2:20-cv-12154

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated June 4, 2021, Plaintiff's FMLA claim is dismissed with prejudice and Plaintiff's state law claims are dismissed without prejudice.

                                            KINIKIA ESSIX
                                            CLERK OF THE COURT

                                            BY: s/ D. Parker
                                            Deputy Clerk

Dated: June 4, 2021

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 4, 2021, by electronic and/or ordinary mail.

                                            s/ David P. Parker
                                            Case Manager