UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POLINA MILMAN,

          Plaintiff,

v.

FIEGER & FIEGER, P.C., and
GEOFFREY FIEGER,

          Defendants.

Case No. 2:20-cv-12154

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATION AND ORDER DISMISSING CASE**

The parties stipulated to dismiss the case with prejudice. Given the stipulation, the Court will dismiss the case with prejudice.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

This is a final order that closes the case.

**SO ORDERED.**

          s/ Stephen J. Murphy, III
          STEPHEN J. MURPHY, III
          United States District Judge

Dated: February 9, 2023

1

## STIPULATION

This matter having come before the Court based on the resolution between the parties and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice and without costs or fees to either party.

This Order resolves the last pending claims in this case and closes the case.

**IT IS SO ORDERED**.

AS STIPULATED:

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Molly Savage (P84472)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com
msavage@deborahgordonlaw.com

**FIEGER & FIEGER, P.C.**
Geoffrey N. Fieger (P30441)
Attorney for Defendants
19390 West Ten Mile Road
Southfield, Michigan 48075
(248) 355-5555
g.fieger@fiegerlaw.com

**MORGAN & MORGAN, P.A.**
Michael N. Hanna (P81462)
Haba K. Yono (P81114)
Attorney for Defendants
2000 Town Center, Suite 1900
Southfield, Michigan 48075
(313) 251-0399
mhanna@forthepeople.com
hyono@forthepeople.com

**PLUNKETT COONEY**
Thomas P. Vincent (P32794)
Robert G. Kamenec (P35283)
/s/Courtney L. Nichols (P75160)
Attorneys for Defendants
38505 Woodward Ave., Suite 100
Bloomfield Hills, Michigan 48304
(248) 901-4000
tvincent@plunkettcooney.com
cnichols@plunkettcooney.com
rkamenec@plunkettcooney.com